IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON ENTERPRISES, INC., *Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : | No. 19-4854 |
| FEDERAL INSURANCE COMPANY, *Defendant.* | : : : | |

## ORDER

**AND NOW**, this 13th day of December 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 5), and in accordance with the accompanying memorandum, Defendant's Motion to Dismiss (ECF No. 5) is **GRANTED**. It is further **ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this matter.

BY THE COURT:

_____
CHAD F. KENNEY, J.